Kathleen E. Finnerty (SBN 157638)
**K. FINNERTY LAW, INC.**
3017 Douglas Blvd., Suite 230
Roseville, CA 95661
(916)783.1644
KFinn@KFinnertyLaw.com

Attorney for: Plaintiff,
KEYA MORGAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KEYA MORGAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOAN CELIA ("JC") LEE, as an individual and as Successor in Interest to the STAN LEE TRUST, KIRK SCHENCK, an individual and DOES 1-100, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.: 2:23-cv-10474-MRA-MAR<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON KATHLEEN E. FINNERTY'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND TO CONTINUE HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**<br><br>**Date: July 15, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10B<br>Hon. Mónica Ramírez Almadani** |

ORDER

Having reviewed the Ex Parte Application for Order Shortening Time for Hearing on Kathleen E. Finnerty's Motion for Leave to Withdraw as Counsel for Plaintiff and to Continue Hearings on Defendants' Motions to Dismiss and Strike, and good cause appearing therefor:

IT IS HEREBY ORDERED that the hearing on Kathleen E. Finnerty's Motion for Leave to Withdraw as Counsel for Plaintiff shall be heard on _____ at _____ a.m./p.m. in Courtroom 10B, before the Hon. Mónica Ramírez Almadani.

IT IS FURTHER ORDERED that the hearings on Defendant JC Lee's Motion to Dismiss and Defendant Kirk Schenck's Anti-SLAPP Motion are hereby continued to the following dates:

1. JC Lee's Motion to Dismiss: _____

2. Kirk Schenck's Anti-SLAPP Motion: _____

IT IS SO ORDERED.

Dated: _____, 2025        _____
                                   Hon. Mónica Ramírez Almadani
                                   United States District Judge